# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                                           Case No.: 1:20–cr–00812
                                                                Honorable Harry D. Leinenweber

Michael McClain, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: Video conference arraignment and initial appearance of Defendants Michael McClain, Anne Pramaggiore, John Hooker, and Jay Doherty held on the Government's indictment [2]. Defendants McClain, Pramaggiore, Hooker, and Doherty present via video. Defendants do not object to appearing via video, and Defendants' future appearances are waived until further order of the Court. McClain, Pramaggiore, Hooker, and Doherty waived formal reading of indictment and entered pleas of not guilty on all counts. Pretrial motions shall be filed by 3/3/2021. The Court grants Defendant Pramaggiore's oral motion for the early return of trial subpoenas. Defendants do not object to the terms of the pretrial release order and are on notice as to all terms therein. Without objection and for the reasons stated on the record, time is excluded as to all Defendants until 2/16/2021 in the interest of justice. Telephonic status hearing set for 2/16/2021 at 10:00 a.m. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.