# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. McClain et al.    Case Number: 1:20-cr-00812

An appearance is hereby filed by the undersigned as attorney for:
Anne Pramaggiore

Attorney name (type or print): Joan Hayner

Firm: Sidley Austin LLP

Street address: One South Dearborn Street

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6331369    Telephone Number: (312) 853-7679
(See item 3 in instructions)

Email Address: jhayner@sidley.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
- ✓ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 16, 2021

Attorney signature:    S/ Joan Hayner
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015