UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 812 |
| | ) | |
| MICHAEL McCLAIN, et al. | ) | Honorable Harry D. Leinenweber |
| | ) | |

### DEFENDANTS' OBJECTIONS TO THE COURT'S PROPOSED INSTRUCTIONS ON THE ELEMENTS OF 18 U.S.C. § 666

The Court issued a scheduling order for proposed instructions on the elements of 18 U.S.C. § 666 providing "two weeks [to file] objections" to the Court's proposed instructions. [ECF No. 90.] Defendants respectfully object to the Court's June 21, 2022 bench order partially adopting the Government's Proposed Jury Instructions concerning 18 U.S.C. § 666 [ECF No. 92], and declining to adopt Defendants' Proposed Jury Instructions for the Elements of 18 U.S.C. § 666(a)(1)(B), (a)(2), and (c) [ECF No. 93] for each of the reasons discussed in Defendants' Objections to the Government's Proposed Jury Instructions for the Elements of 18 U.S.C. § 666(a)(1)(B), (a)(2), and (c) [ECF No. 97] and Defendants' Memorandum in Support of Defendants' Proposed Jury Instructions for the Elements of 18 U.S.C. § 666(a)(1)(B), (a)(2), and (c) [ECF No. 94].[1] Defendants may submit revised instructions at the close of the evidence in light of the following factors among others:

---

[1] During the parties' July 21, 2022 status hearing, the Court stated that it would be "adopt[ing] the pattern instruction as to 'agent.'" *See* July 21, 2022 Status Hr'g Tr. 7:01-05 [ECF No. 101.] Defendants also understand that the Court's ruling did not address the conspiracy instructions the Government submitted, namely Government Instructions Nos. 1, 2, 3, and 5, which exceeded the scope of the Court's initial request that the parties submit instructions "as to Section 666 *only*." *See* Minute Entry, ECF No. 90 (emphasis added); *see also* July 21, 2022 Status Hr'g Tr. 3:24-4:03 [ECF No. 101] ("Before the Court are defendants' and the government's competing jury instructions *on 18 U.S.C. Section 666*. For the following reasons, the

1. The Seventh Circuit recently released changes to the 18 U.S.C. § 666 pattern instructions and updated the associated Committee Comments. *See,* 2022_CR_pattern_jury_instr_revisions.pdf (uscourts.gov). These changes impact the Defendants' suggested instructions and may impact the Court's order. The Committee is accepting public comment until July 11, 2022 and will likely finalize the proposed instructions prior to trial, anticipated to be in the Spring of 2023.

2. Defendants' objections to the Court's proposed order are contingent upon and impacted by evidence introduced at trial. For example, should the Government attempt to introduce evidence and seek to argue to the jury that any "business, transactions or series of transactions," other than that named in the indictment were the focus of the alleged bribe, Defendants' objections to the Court's proposed instruction will be impacted.

3. Defendants did not propose their own conspiracy instructions, as none was requested or ordered by the Court [ECF No. 90], whereas the Government submitted conspiracy instructions. [ECF No. 92.]

DATED: June 30, 2022

Respectfully submitted,

/s/ *Patrick J. Cotter*
Patrick J. Cotter
GREENSFELDER, HEMKER & GALE, P.C.
200 West Madison Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 345-5088
pcotter@greensfelder.com

David P. Niemeier
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102

/s/ *Scott R. Lassar*
Scott R. Lassar
Daniel C. Craig
Jennifer M. Wheeler
Emily R. Woodring
Joan Hayner
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com

---

Court adopts the government's proposed jury instructions and declines to adopt defendants' digressions from the pattern jury instructions.") (emphasis added).

Telephone: (314) 241-9090
dpn@greensfelder.com

*Attorneys for Defendant Michael McClain*

/s/ *Michael D. Monico*
Michael D. Monico
Barry A. Spevack
Jacqueline S. Jacobson
Ryan W. Mitsos
MONICO & SPEVACK
53 West Jackson Blvd., Suite 1315
Chicago, IL 60604
Telephone: (312) 782-8500
mm@monicolaw.com
bspevack@monicolaw.com
jjacobson@monicolaw.com
rmitsos@monicolaw.com

*Attorneys for Defendant John Hooker*

dcraig@sidley.com
jwheeler@sidley.com
ewoodring@sidley.com
jhayner@sidley.com

*Attorneys for Defendant Anne Pramaggiore*

/s/ *Gabrielle R. Sansonetti*
Michael P. Gillespie
GILLESPIE AND GILLESPIE
53 West Jackson Blvd., Suite 1062
Chicago, IL 60604
Telephone: (312) 588-1281
michael@gillespieandgillespielaw.com

Gabrielle R. Sansonetti
LAW OFFICE OF GABRIELLE R. SANSONETTI
53 West Jackson Blvd., Suite 1062
Chicago, Illinois 60604
Telephone: (312) 588-1281
Direct: (773) 716-6117
Facsimile: (773) 277-7334
gabrielle@Sansonetti-law.com

*Attorneys for Defendant Jay Doherty*